# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

UNITED STATES OF AMERICA　　　　　　　　Date:　　　　September 10, 2018

vs.　　　　　　　　　　　　　　　　　　　　Case No.:　　17-4034-01-CR-C-BCW

RYAN ROGER RAND

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 10:02am　　　　　　　**Time Terminated:** 10:29am

### APPEARANCES

| | |
|---|---|
| Plaintiff's counsel: | Ashley Turner, AUSA |
| Defendant's counsel: | Steven Berry |
| Probation officer: | Danielle Staats |

---

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepted defendant's guilty plea. Court considered objections to the Presentence Report and Court adopted P.S.I.R. with a change to Offense Level. Court asserted statutory guidelines. Counsel presented joint sentence recommendation. Defendant accorded allocution.

**SENTENCE:**

Defendant sentenced to imprisonment in Bureau of Prisons for 80 months on Count 1 of the Indictment.

Court orders supervised release of 3 years on Count 1 of the Indictment. Special conditions of Supervised Release imposed.

FINE: waived; SPECIAL ASSESSMENT: $100 due immediately
Defendant advised of right to appeal

**RECOMMENDATION:**

Court recommended defendant be designated to Oxford, Wisconsin; Pekin, Illinois; or Allenwood, Pennsylvania to allow for participation in vocational training.

Court recommended this sentence run concurrent with Morgan County Case Numbers 13CM-CR02116-02, 14CM-CR01010-02, and 14CM-CR01009-02.

---

**Court Reporter:** Denise Halasey　　　　**Courtroom Deputy:** J Russel